IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INSTITUTE FOR JUSTICE, | ) | |
| | ) | Case No. 1:16-cv-02406-TNM-GMH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The parties jointly submit the following status report pursuant to this Court's February 10, 2020 Minute Order.

On March 10, the parties met and conferred in person at the law office of counsel for Plaintiff Institute for Justice ("IJ") in Washington, D.C. Counsel for IJ, Andrew Prins and Nicholas Schlossman; two representatives from IJ, Jenny McDonald and Dick Carpenter; and counsel for Defendant Internal Revenue Service ("IRS"), Ryan McMonagle and Joycelyn S. Peyton attended.

The parties discussed, *inter alia*, the appropriate scope of the IRS's search in light of the Court of Appeals' opinion, the IRS's potential application of exemptions to records identified in its search, this Court's statements at the February 10 hearing, and the impromptu discussion held between the parties immediately following the hearing. The parties agreed that, as a preliminary matter, the scope of the IRS' search shall constitute tables as shown on the AFTRAK Data

Dictionary,[1] which may be released to IJ in Excel, comma separated value ("CSV") files, or a native database format mutually agreeable to the parties.[2]

In light of the length and density of the Data Dictionary, the parties agreed to continue to confer about the extent to which certain information could be excluded from the IRS's search or categorically withheld.  The parties also agreed to continue to confer about the appropriate temporal scope of the search, confirmation that the data on the Seizure Asset Transcript reports may also be found in the tables proposed for release, and the applicability of exemptions.  Because these constructive discussions are ongoing and because the IRS anticipates some unavoidable delay caused by the COVID-19 pandemic, the parties respectfully suggest that the Court vacate the status conference set for March 27, 2020, and that the parties instead file a subsequent status report 30 days from the date of this report, on or before April 15, 2020.

//

//

---

[1] On March 6, 2020, in advance of the meet and confer, counsel for the IRS provided to counsel for IJ the AFTRAK Data Dictionary, which describes 121 tables of system and business data in AFTRAK.

[2] IJ states that its agreement regarding the scope of the IRS' search is made in reliance on the IRS's representations that the tables shown in the AFTRAK Data Dictionary document produced by the IRS contain all records contained in the AFTRAK database.  In the event that information comes to light that calls these representations into question, IJ reserves the right to modify its position.

DATE: March 16, 2020                                  Respectfully submitted,


                                                                                             *s/ Andrew D. Prins*
ANDREW D. PRINS
NICHOLAS L. SCHLOSSMAN
Latham & Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel: 202-637-2200
Andrew.Prins@lw.com
*Counsel for Plaintiff*


*s/ Joycelyn S. Peyton*
JOYCELYN S. PEYTON
RYAN O. McMONAGLE
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Tel:  202-514-6576
Fax:  202-514-6866
Joycelyn.S.Peyton@usdoj.gov
Ryan.McMonagle@usdoj.gov
*Counsel for Defendant*