IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR JUSTICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-02406-TNM-GMH |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

The parties jointly submit this report on the status of the mediation between Defendant Internal Revenue Service ("IRS") and Plaintiff Institute for Justice ("IJ"), pursuant to the Court's September 24, 2021 Minute Order, providing that "[t]he parties shall file a Joint Status Report on or before November 30, 2021 updating the Court on the status of mediation."

In accordance with the parties' proposals in their May 28, 2021 Joint Status Report (Dkt. 68) and the Court's continued mediation referral in its September 24, 2021 Minute Order, the parties have pursued mediation over recent months. As reflected in the parties' May 28, 2021 Joint Status Report (Dkt. 68), the parties proposed that a purpose of mediation should be to either identify an agreed scope of redactions in the IRS's releases from its AFTRAK database, or at least identify, and potentially narrow, the scope of disagreements on the IRS's assertion of exemptions from disclosure. Over recent months, the parties have reached a resolution of the scope of the FOIA exemptions to disclosure asserted over information in the business data tables.

In accordance with the procedure described in the parties' May 28, 2021 Joint Status Report, the IRS produced samples of redacted and unredacted data from the remaining, un-produced AFTRAK data tables containing "business data." As a result of this and other exchanges

of information similar to those proposed in the parties' May 28, 2021 Joint Status Report, the parties have agreed to a settlement stipulation that resolves the parties' disputes concerning the IRS's redaction of data in releases from the AFTRAK database. That stipulation is being filed contemporaneous with the filing of this Joint Status Report. Among the parties' agreements, the stipulation provides that: (i) the IRS has made certain productions of AFTRAK data that the parties agree are adequate; (ii) the IRS has made certain productions of AFTRAK data for which the IRS will produce additional, unredacted data, beyond that which the IRS has already produced; and (iii) provided the IRS completes production of data in the manner described in the stipulation, IJ will not contest the adequacy of the IRS's productions in satisfying its obligations under FOIA. The IRS anticipates that it will complete its productions by March 31, 2022.

As the stipulation notes, the parties have not yet reached agreement on the resolution of the attorneys' fees and costs sought by IJ in this matter. The parties agree that the issue of attorneys' fees and costs would be properly subject to continued mediation to determine whether the parties may reach an agreement on this issue. The parties respectfully submit that, in light of the progress made through mediation to date, it would be appropriate to extend the term of the mediation referral. The parties therefore propose to extend the term of the mediation referral until February 28, 2021. The parties propose to submit a joint status report on February 28, 2021 further updating the Court on the status of the mediation and whether the parties believe that they would benefit from additional time for mediation as of that date.

//

DATE:  November 30, 2021               Respectfully submitted,


*s/ Nicholas L. Schlossman*
ANDREW D. PRINS
NICHOLAS L. SCHLOSSMAN
Latham & Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel: 202-637-2200
Andrew.Prins@lw.com
*Counsel for Plaintiff*


DAVID A. HUBBERT
Deputy Assistant Attorney General

*s/ Joycelyn S. Peyton*
JOYCELYN S. PEYTON
RYAN O. McMONAGLE
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Tel:  202-307-1355
Fax:  202-514-6866
Ryan.McMonagle@usdoj.gov
Joycelyn.S.Peyton@usdoj.gov
*Counsel for Defendant*