IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR JUSTICE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:16-cv-02406-TNM-GMH |
| INTERNAL REVENUE SERVICE, | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION

Plaintiff Institute for Justice (IJ) and Defendant Internal Revenue Service (IRS) submit this joint stipulation to resolve outstanding issues in this suit for records under the Freedom of Information Act (FOIA), 5 U.S.C. § 552(a). The parties stipulate to the following:

1. On March 3, 2015, IJ submitted a FOIA request to the IRS seeking "all records contained in" the AFTRAK database along with "the complete database schema and/or database model" that (1) describe the tables including their "variable type and lengths" and (2) "indicate the relational model and join types between each table." Compl., Ex. A. The request also sought "any database reports, stored procedures, or queries used to create aggregate information, such as an annual report." *Id.* Finally, the request stated that the date range of these records should extend from "2000 to the present." *Id.*

2. In response to IJ's March 3, 2015 FOIA request, the IRS has (a) released to IJ the AFTRAK "data dictionary" on March 6, 2020 and has (b) released, or is in the process of releasing as described in further detail below, eighty-one (81) AFTRAK "business data" tables. IJ stipulates that the IRS's response will be limited to (a) and (b) above and that this response to IJ's FOIA request is adequate.

3. IJ does not dispute the adequacy of the temporal scope of the IRS's search for responsive records, i.e., from January 1, 2000 to April 17, 2020. This scope applies both to the tables that the IRS has already released and to the tables the IRS will release in accordance with this Joint Stipulation.

4. The parties have no dispute with respect to the forty (40) business data tables that the IRS released to IJ within May 2020 and over which the IRS did not assert any FOIA exemptions to disclosure.

    AFTRAK_AssetClaimCostBond

    AFTRAK_AssetExpense

    AFTRAK_AssetForfeitureProcess

    AFTRAK_AssetTypeCategoryLu

    AFTRAK_AssetTypeSubcategoryLu

    AFTRAK_CARImport

    AFTRAK_ClaimStatusLu

    AFTRAK_CommitmentItemLu

    AFTRAK_ConditionLu

    AFTRAK_CostCenterLu

    AFTRAK_DCR881Import

    AFTRAK_DCR967Import

    AFTRAK_DCR970Import

    AFTRAK_DisbursementTypeLu

    AFTRAK_DispositionTypeLu

    AFTRAK_EFTAssetSharingImport

    AFTRAK_EquitableSharingRequestStatusLu

AFTRAK_F16CostBondImport

AFTRAK_F16CurrencyImport

AFTRAK_IRSInventoryOfAssetsImport

AFTRAK_LienStatusLu

AFTRAK_MetalTypeLu

AFTRAK_OrderLu

AFTRAK_PartyRelationshipLu

AFTRAK_PetitionStatusLu

AFTRAK_RASRAssetTypeLu

AFTRAK_RASRContact

AFTRAK_RASRDispositionTypeLu

AFTRAK_RASRPrimarySeizureStatuteLu

AFTRAK_ReimbursableReport

AFTRAK_SeizingAgencyLu

AFTRAK_SeizureContact

AFTRAK_SeizureMethodLu

AFTRAK_SeizureStatuteLu

AFTRAK_SharingAgency

AFTRAK_SharingAgencyTypeLu

AFTRAK_StorageTypeLu

AFTRAK_Substitute

AFTRAK_SubstituteNewAsset

AFTRAK_SubstituteOriginalAsset

5. With respect to the business data tables and redactions that remain in dispute, the parties stipulate to the following:

   a. **AFTRAK_Asset**

      i. The IRS will release in full the following fields/columns: (a) Make; (b) Model, (c) ModelYear; (d) Value; (e) FairMarketValue; (f) ForfeitureActualAmount; and (g) AdSubmissionDate.

      ii. The IRS will withhold/redact in full the following fields/columns pursuant to the agreement described below in paragraph 7: (a) Description, (b) CheckNumber, (c) RegistrationNumber, (d) AccountNumber, (e) FinancialInstitutionName; (f) EvidenceApprovalOfficialName.[1]

      iii. With respect to the remaining fields/columns, the IRS will continue to redact and/or release in full those fields/columns consistent with the redaction scheme described in the IRS's explanation of redactions,[2] which was provided

---

[1] To the extent data discussed in this Stipulation has already been released in part to IJ, IJ will not be required to destroy data that it has already received.

[2] Additional fields to be redacted are: SerialNumber and LicenseNumber. Additional fields to be released in full are: AssetId, SeizureId, AssetNumber, IsSeizedForEvidence, AssetTypeCategoryLuId, AssetTypeSubCategoryLuId, ValueKnown, ExpectedValue, MakeLuId, Color, Odometer, RegistrationCountryLuId, RegistrationStateLuId, AirHours, EngineHours, ConditionLuId, HasLogBooks, Length, ContainsDiamonds, ContainsOtherStones, ContainsPearls, MetalTypeLuId, MensOrWomens, IsCounterfeit, BrandName, Quantity, NumberOfRounds, DateTransferred, DateReceivedByHQ, EvidenceApprovalMemoDate, ConvertEvidenceforForfeitureTo, EvidenceConversionDate, ToTEOAFDate, Status, AFTRAKNumber, DirectlyDepositedIntoFund, IsRestitutionExpected, RestitutionExpectedAmount, IsFullyDisposed, FullyDisposedDate, ForfeitureDate, ForfeitureExpectedAmount, ISaleCode, ISaleId, ISaleOrderDate, ISaleDate, InsertDate,

        to IJ on July 30, 2021.

      iv. IJ does not dispute the FOIA exemptions to disclosure asserted in this table if the IRS makes a complete release of this table in accordance with this Joint Stipulation.[3]

  b. **AFTRAK_AssetDisbursement**

      i. The IRS has released the content of this table in full, and IJ does not dispute the adequacy of that release.

  c. **AFTRAK_AssetClaim**

      i. The IRS will release in full the "Amount" field/column.

      ii. IJ does not dispute the remaining fields and exemptions to disclosure asserted in this table if the IRS makes a complete release of this table consistent with

---

IsInternationalAsset, InternationalAmount, UpdateDate and UpdateUserProfileId. Fields IJ agreed to discontinue seeking are: LastDateAdvertised, SEACATSNumber and AdText.

[3] For all tables in which IRS has not yet completed its release of data (*e.g.*, the IRS has only provided a "sample" or data or "Part 1" of a multi-part release), the IRS agrees to complete its release of data in those tables in the form agreed in this Joint Stipulation. Additionally, after the IRS provided its explanation of redactions on July 30, 2021, the IRS has conceded that it will release certain types of information, such as seizure dates and seizure ZIP codes, as described in this Stipulation. The parties agree that the IRS's releases of information pursuant to this Stipulation will be internally consistent in releasing the information described in this Stipulation (*i.e.*, the IRS will release seizure dates, seizure ZIP codes, and other information identified to be released in this Stipulation, consistently across the fields that it redacts or releases).

the redaction scheme described in the IRS's explanation of redactions, which was provided to IJ on July 30, 2021.[4]

d. **AFTRAK_AssetDisposition**

   i. The IRS will release in full the "DispositionAmount" field/column.

   ii. IJ does not dispute the remaining fields and exemptions to disclosure asserted in this table if the IRS makes a complete release of this table consistent with the redaction scheme described in the IRS's explanation of redactions provided to IJ on July 30, 2021.[5]

e. **AFTRAK_AssetPetition**

   i. The IRS will release in full the "AmountRequested" field/column.

   ii. The IRS has otherwise released the remaining content of this table with certain redactions, and IJ does not dispute the adequacy of that release.

f. **AFTRAK_CARData**

   i. The IRS will withhold/redact in full the "Asset Description" field/column.

   ii. The IRS will release in full the "AssetValue" and "RequestedAmount" field/columns.

---

[4] Redacted field is: StatusComments. Additional fields to be released in full are: AssetClaimId, AssetId, AssetLienId, PartyId, ClaimStatusLuId, FiledDate, ReceivedDate, ClaimTypeCode, DecisionDate, SentToUSAODate, UpdateDate, UpdateUserProfileId

[5] Redacted field is: DispositionTypeComments. Additional fields to be released in full are: AssetDispositionId, AssetId, DispositionTypeLuId, DisposalStatusCode, DispositionDate, MailedToHQDate, ReceivedAtHQDate, DispositionToTEOAFDate, PartyId, UpdateTypeCode, UpdateDate and UpdateUserProfileId.

   iii. IJ does not dispute the remaining fields and exemptions to disclosure asserted in this table if the IRS makes a complete release of this table consistent with the redaction scheme described in the IRS's explanation of redactions provided to IJ on July 30, 2021.[6]

 **g. AFTRAK_DCR967Data**

   i. The IRS has released the content of this table in full, and IJ does not dispute the adequacy of that release.

 **h. AFTRAK_EquitableSharing**

   i. The IRS has released the content of this table with certain redactions, and IJ does not dispute the adequacy of that release.

 **i. AFTRAK_Expense**

   i. IJ does not dispute the claimed FOIA exemptions to disclosure, including as it relates to the "ExpenseDescription" field, if the IRS makes a complete release of this table consistent with the redaction scheme described in the IRS's explanation of redactions provided to IJ on July 30, 2021.[7]

---

[6] All remaining fields will be released in full: CARDataId, CARImportId, Office, NCICCode, IRSTrackingNo, AssetID, SeizureDate, SeizingAgency, AgencyCaseNo, ProcessingDistrict, ForfeitureType, ForfeitureDecision, ForfeitureDate, RequestedDate, RequestedPercent, FORecommendation, FORecomPercent, FORecomDate, HQSRecommendation, HQSRecomPercent, HQSRecomDate, USARecommendation, USARecomPercent, USARecomDate, DecisionMaker, Decision, PercentGranted, DecisionDate, AssetDispositionDate, DisposalAmount, ExecutionDate, ExecutionStatus, AmountDisbursed, DateDisbursed and DateTransferred.

[7] Fields will be released in full: ExpenseId, ReimbursableReportId, FIDocumentNumber, ObligationId, ObligationIdLineItem, Fund, FundsCenter, CostCenterId, OrganizationId,

j. **AFTRAK_F16CurrencyData**

　　i. The IRS will release in full the "Amount" field/column.

　　ii. The IRS has otherwise released the remaining content of this table in full, and IJ does not dispute the adequacy of that release.

k. **AFTRAK_IRSInventoryofAssetsData**

　　i. The IRS has released the content of this table with certain redactions, and IJ does not dispute the adequacy of that release.

l. **AFTRAK_MakeLu**

　　i. The IRS will release in full the "Short Description" field/column.
　　The IRS has otherwise released the remaining content of this table in full, and IJ does not dispute the adequacy of that release.

m. **AFTRAK_RASR**

　　i. The IRS will release in full the "AssetValue," "CATSAssetValue," and the "DisposalAmount" fields/columns.

　　ii. With respect to all other fields, the IRS has claimed exemptions to disclosure consistent with the redaction scheme described in the IRS's explanation of redactions provided to IJ on July 30, 2021. IJ does not dispute the FOIA exemptions to disclosure claimed in this table if the IRS makes a complete release of this table in accordance with this Joint Stipulation.

---

FunctionalArea, CommitmentItemId, GLAccount, OrderId, DateOfFMUpdate, AmtInFMAreaCrcy, AFReimbursable, PreviouslyClaimedOnAFReports, AFFieldsUpdateDate, UpdateDate and UpdateUserProfileId.

n.  **AFTRAK_Seizure**

   i. The IRS will release in full the (a) "SeizureDate"; (b) "LocationPostalCode"; and (c) "LocationStateLuId" fields/columns.

   ii. With respect to all other fields/columns, including but not limited to the "MethodComments" field, the IRS will continue to apply redactions consistent with the redaction scheme described in the IRS's explanation of redactions provided to IJ on July 30, 2021.[8]

   iii. IJ does not dispute the FOIA exemptions to disclosure claimed in this table if the IRS makes a complete release of this table in accordance with this Joint Stipulation.

o.  **AFTRAK_AssetParty**

   i. IJ does not dispute the FOIA exemptions claimed in this table if the IRS makes a complete release of this table consistent with the redaction scheme described in its explanation of redactions provided to IJ on July 30, 2021.[9]

---

[8] Additional fields to be redacted are: LocationName, LocationAddress1, LocationAddress2 and LocationCity. Additional fields to be released in full are: SeizureId, InvestigationId, WarrantId, SeizureNumber, SeizureType, SeizureMethodLuId, LocationCountryLuId, AdoptionDate, IsEvidenceOnly, Status, InsertDate, UpdateDate and UpdateUserProfileId. Fields IJ agreed to discontinue seeking are: DistrictCourtDocketNumbers and StatusComments.

[9] Redacted field is: Comments. Fields to be released in full are: AssetPartyId, PartyId, AssetId, PartyRelationshipLuId, DateNotice, AssetSeizedFromThisParty, UpdateDate and UpdateUserProfileId.

    p. **AFTRAK_AssetRemark**

        i. IJ does not dispute the FOIA exemptions claimed in this table if the IRS makes a complete release of this table consistent with redaction scheme described in its explanation of redactions provided to IJ on July 30, 2021.[10]

    q. **AFTRAK_Party**

        i. The IRS will withhold/redact in full the (a) FirstName; (b) LastBusinessGroupName; (c) MiddleName; (d) ExtendedName; (e) ContactName; (f) EmailAddress fields/columns pursuant to the agreement described below in paragraph 7.

        ii. IJ does not dispute the FOIA exemptions claimed in this table if the IRS makes a complete release of the remainder of this table consistent with its redaction scheme described in the IRS's explanation of redactions provided to IJ on July 30, 2021.[11]

    r. **AFTRAK_PartyAddress**

        i. The IRS will withhold/redact in full the (a) Address1; (b) Address2; (c) City; (d) StateLuId; (e) PostalCode; (f) AddressType; and (g) Notes columns/fields pursuant to the agreement described below in paragraph 7.

---

[10] Redacted field is: RemarkText. Fields to be released in full are: AssetRemarkId, AssetId, InsertDate, InsertUserProfileId, UpdateDate and UpdateUserProfileId.

[11] All remaining fields will be released in full: PartyId, OrganizationId, PartyTypeCode, CIMISIdentityId, InsertDate, UpdateDate and UpdateUserProfileId.

   ii. IJ does not dispute the FOIA exemptions claimed in this table if the IRS makes a complete release of the remainder of this table consistent with the redaction scheme described in its explanation of redactions provided to IJ on July 30, 2021.[12]

6. When releasing tables with fields/columns that would have been partially redacted but are now to be fully redacted as provided in this Joint Stipulation, the IRS will redact the entire field/column without listing any exemptions.

7. On October 12, 2021, IJ submitted substantive questions to the IRS about the AFTRAK tables that have been released in full or in part in this case. The IRS agrees to provide good faith answers to these specific questions in exchange for withholding/redacting field/columns in full in the AFTRAK_Asset, AFTRAK_Party, and AFTRAK_PartyAddress tables as described above. IJ further agrees to the following:

 a. If IJ has any clarifying questions about the IRS's answers, it must submit its questions to the IRS within 72 hours of receiving the IRS's answers. IJ's clarifying questions shall be limited to the contents of the IRS's answers, and shall not extend to any other matter outside of the scope of the IRS's answers to the original questions.

 b. IJ will not ask, and/or the IRS will not answer, any other substantive questions about the AFTRAK tables at issue in this suit.

 c. IJ further agrees that it will not in any way reference this agreement in any future FOIA or non-FOIA litigation against the IRS, any other agency, or person.

---

[12] All remaining fields will be released in full: PartyAddressId, PartyId, CountryLuId, UpdateDate and UpdateUserProfileId.

8. With respect to the remaining twenty-three (23) business data tables, IJ does not dispute any FOIA exemptions to disclosure claimed therein.

AFTRAK_AssetAbandonment

AFTRAK_AssetApproval

AFTRAK_AssetClaimRemark

AFTRAK_AssetDisbursementRemark

AFTRAK_AssetLien

AFTRAK_AssetLienRemark

AFTRAK_AssetPetitionRemark

AFTRAK_AssetRestitution

AFTRAK_AssetSeizureStatute

AFTRAK_AssetStorage

AFTRAK_Contact

AFTRAK_EquitableSharingRemark

AFTRAK_EquitableSharingRequest

AFTRAK_EquitableSharingRequestRemarks

AFTRAK_PartyAlias

AFTRAK_PartyAttorney

AFTRAK_PartyPhone

AFTRAK_PartyRemark

AFTRAK_RASRApproval

AFTRAK_RASRRemark

AFTRAK_SeizureRemark

AFTRAK_SharingAgencyOffice

AFTRAK_StorageLocation

//

//

9. The parties have not yet reached agreement on the resolution of the attorneys' fees and costs sought by IJ in this matter. The parties agree that the issue of attorneys' fees and costs is properly subject to continued mediation to determine whether the parties may reach an agreement on this issue.

DATE: November 30, 2021                                  Respectfully submitted,

*s/ Nicholas L. Schlossman*
ANDREW D. PRINS
NICHOLAS L. SCHLOSSMAN
Latham & Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel: 202-637-2200
Andrew.Prins@lw.com
*Counsel for Plaintiff*

        DAVID A. HUBBERT
Deputy Assistant Attorney General

*s/Joycelyn S. Peyton*
JOYCELYN S. PEYTON
RYAN O. McMONAGLE
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Tel:  202-514-6576
Fax:  202-514-6866
Joycelyn.S.Peyton@usdoj.gov
Ryan.McMonagle@usdoj.gov
*Counsel for Defendant*