IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR JUSTICE, | ) |
| Plaintiff, | ) Case No. 1:16-cv-02406-TNM-GMH |
| v. | ) |
| INTERNAL REVENUE SERVICE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

In accordance with the Minute Order entered by this Court on December 1, 2021, the parties jointly submit this status report on the parties' mediation and the chance of resolution on attorney's fees and costs.

On November 30, 2021, the parties filed a Joint Stipulation resolving the parties' disputes with respect to the Internal Revenue Service's (IRS) redactions in the AFTRAK records released in this FOIA suit. ECF. 70, 71. The IRS's release of records in accordance with the Stipulation is ongoing. The agency expects to complete its releases by March 31, 2022.

On February 22, 2022, the parties reached a tentative settlement agreement with respect to attorney's fees and costs. The parties need additional time to finalize the tentative settlement agreement.

//

Accordingly, the parties respectfully request that the Court extend the mediation referral by 60 days, i.e. until April 29, 2022. This will allow the parties time to finalize the proposed settlement agreement, thereby resolving the final issue in this case. The parties further propose to submit a joint status report on April 29, 2022 updating the Court on the status of the proposed settlement and whether the parties believe they would benefit from more time in mediation.

| | |
|---|---|
| DATE:  February 28, 2022 | Respectfully submitted, |

DAVID A. HUBBERT
Deputy Assistant Attorney General

*s/ Joycelyn S. Peyton*
JOYCELYN S. PEYTON
RYAN O. McMONAGLE
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Tel:  202-307-1355
Fax:  202-514-6866
Ryan.McMonagle@usdoj.gov
Joycelyn.S.Peyton@usdoj.gov
*Counsel for Defendant*

*s/ Nicholas L. Schlossman*
ANDREW D. PRINS
NICHOLAS L. SCHLOSSMAN
Latham & Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel: 202-637-2200
Andrew.Prins@lw.com
*Counsel for Plaintiff*