IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR JUSTICE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:16-cv-02406-TNM-GMH |
| ) | |
| v. ) | |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

IT IS STIPULATED AND AGREED that, under Federal Rule of Civil Procedure 41, Plaintiff INSTITUTE FOR JUSTCE hereby dismisses with prejudice its suit under the Freedom of Information Act, 5 U.S.C. § 552(a), *et seq*., against Defendant INTERNAL REVENUE SERVICE in the above-captioned case.

DATE:  April 29, 2022

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*s/ Joycelyn S. Peyton*
JOYCELYN S. PEYTON
RYAN O. McMONAGLE
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Tel:  202-307-1355
Fax:  202-514-6866
Ryan.McMonagle@usdoj.gov
Joycelyn.S.Peyton@usdoj.gov
*Counsel for Defendant*

> <u>*s/ Nicholas L. Schlossman*</u>
> ANDREW D. PRINS
> NICHOLAS L. SCHLOSSMAN
> Latham & Watkins LLP
> 555 Eleventh Street, N.W.
> Suite 1000
> Washington, D.C. 20004
> Tel: 202-637-2200
> Andrew.Prins@lw.com
> Nicholas.Schlossman@lw.com
> *Counsel for Plaintiff*